IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Criminal Action No. 07- 04 PO |
| ) | |
| JULIO BAUTISTA-TAX   ) | |
| ) | |
| Defendant.   ) | |

**INFORMATION**

The United States Attorney for the District of Delaware charges that:

**COUNT I**

On or about January 26, 2007, in the Southern District of Texas, Defendant Julio Bautista-Tax, an alien and subject of Mexico, did knowingly and unlawfully enter the United States from Mexico at a point near McAllen, Texas, which said time and place was then and there other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, and was apprehended in the District of Delaware, in violation of Title 8, United States Code, Sections 1325(a)(1) & 1329.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: March 15, 2007

FILED

MAR 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE