*FILED IN OPEN COURT*
*3-15-07 RPG*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07- 04 PO |
| JULIO BAUTISTA-TAX, | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ____ Crime of violence (18 U.S.C. § 3156)

    ____ Maximum sentence life imprisonment or death

    ____ 10+ year drug offense

    ____ Felony, with two prior convictions in above categories

    ____ Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    __X__ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    ____ Safety of any other person and the community

**FILED**
**MAR 15 2007**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

   3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

   ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   ___ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___ At first appearance

   _X_ After continuance of _3_ days (not more than 3).

   5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   1. At the time the offense was committed the defendant was:

    ___ (a) on release pending trial for a felony;

    ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    ___ (c) on probation or parole for an offense.

___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this __15th__ day of __March__, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney