UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-04P0-MPT |
| | : | |
| JULIO BATISTA-TAX | : | |
| | : | |
| Defendant. | : | |
| | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and

enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Julio

Batista-Tax, in the above-captioned matter.

_____/s/_____
EDSON A. BOSTIC, ESQUIRE

_____/s/_____
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Julio Batista-Tax

DATED:  March 19, 2007

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney for defendant Julio Batista-Tax, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on March 19, 2007, to:

Edmond Falgowski
Assistant United States Attorney
Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

/s/_____
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant Julio Batista-Tax

DATED:  March 19, 2007